```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 00284
   GILLIE M GEORGE
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-2325
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/12/06 and confirmed on 05/05/06.

   2.  The case was converted to Chapter 7 after confirmation, 10/28/2008.

   3.  The Debtor paid a total of $  25873.57 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 514.89 | .00 | 514.89 |
| FIRST NORTHERN CREDIT UN | SECURED VEHIC | 19397.09 | 2906.00 | 12442.60 |
| FOX METRO WATER REC DIST | SECURED | .00 | .00 | .00 |
| PRAIRIE VILLAGE TOWNHOME | SECURED | 982.46 | .00 | 982.46 |
| CREDIT BUREAU OF COLUMBU | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | 1675.21 | .00 | 1339.74 |
| DUPAGE VALLEY ANESTHESIO | UNSECURED | 454.08 | .00 | 363.15 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MITCHELL N KAY | UNSECURED | NOT FILED | .00 | .00 |
| KOVITZ SHIFRIN NESBIT | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 1458.06 | .00 | 1166.07 |
| NICOR GAS | UNSECURED | 292.27 | .00 | 233.74 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 1544.04 | .00 | 1234.84 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| FDS NATIONAL BANK | UNSECURED | 993.97 | .00 | 794.93 |

         Summary of disbursements:
---

                SECURED      PRIORITY     UNSECURED       OTHER         TOTAL

```
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      20894.44          .00       6417.63          .00      27312.07
PRINCIPAL PAID          13939.95          .00       5132.47          .00      19072.42
INTEREST PAID            2906.00          .00           .00          .00       2906.00
TOTAL PAID              16845.95          .00       5132.47          .00      21978.42
```
The Debtor's attorney, GLENDA J GRAY                      , was allowed $   2700.00
and was paid $     311.00   direct and $    2389.00   through the plan.

The Trustee received $    1107.43 .

Refunds to the Debtor totaled $     398.72 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 01/22/09                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE